IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOY PATRICIA ANDERSON, et al.**<br><br>    Plaintiffs,<br>    **v.**<br><br>**AMERICAN AIRLINES, INC.**<br><br>and<br><br>**EULEN AMERICA, INC.**<br><br>    Defendants. | Civil Action No. 14 CV 2540<br><br>**NOTICE OF DISMISSAL** |

### NOTICE OF DISMISSAL

Plaintiffs JOY PATRICIA ANDERSON**,** Individually and as PERSONAL REPRESENTATIVE OF THE ESTATE OF VICTORIA MARY KONG, deceased, LYNN CAROL RANSOME, DIANNE MARY KONG and CULLEN JOHN KONG, by and through their attorneys, Martin & Gitner PLLC and Kreindler & Kreindler LLP, give notice of dismissal of this cause of action, without prejudice.

DATED:  August 14, 2014                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William R. Martin
　　　　　　　　　　　　　　　　　　　　　　　　　　William R. Martin
　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN & GITNER PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　2121 K Street, N.W., Suite 850
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 331-2121
　　　　　　　　　　　　　　　　　　　　　　　　　　billy.martin@martingitnerlaw.com

OF COUNSEL
Robert J. Spragg
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Fl.
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Geoffrey P. Gitner
MARTIN & GITNER PLLC
2121 K Street, N.W., Suite 850
Washington, D.C. 20037
Tel: (202) 331-2121
geoff.gitner@martingitnerlaw.com
*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2014, I caused a copy of the foregoing Plaintiff's Notice of Dismissal to be filed through electronic case filing, electronic mail, and U.S. Postal Service on:

> Wayne A. Schrader, Esq.
> IslerDare PC
> 1945 Old Gallows Road
> Suite 650
> Tysons Corner
> Vienna, VA 22182
> wschrader@islerdare.com
>
> *Counsel to American Airlines, Inc.*

Corporate Creations Network, Inc.
11380 Prosperity Farms Road, #221E
 Palm Beach, FL 33410

*Registered Agent for Eulen America, Inc.*

                                                /s/ William R. Martin
                                                William R. Martin